| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| STEVEN W. PITE (CA SBN 157537)<br>DAVID E. McALLISTER (CA SBN 185831)<br>BRIAN A. PAINO (CA SBN 251243)<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117<br>Telephone # (619) 590-1300  Fax # (619) 590-1385<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* EMC MORTGAGE CORPORATION, AS SERVICING AGENT FOR CITIBANK, N.A. TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENT II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4, its successors and/or assigns | **FILED & ENTERED**<br><br>**OCT 08 2008**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** toliver    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>PATRICIA ESCALANTE LEON AND ROBERT DANIEL LEON, Debtor(s) and DAVID L. HAHN, Chapter 7 Trustee | CHAPTER: 7<br><br>CASE NO.: 2:08-BK-22619-TD<br><br>DATE:   October 1, 2008<br>TIME:    10:00 am<br>CTRM:   1345<br>FLOOR: 13th |
|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: <u>EMC MORTGAGE CORPORATION, AS SERVICING AGENT FOR CITIBANK, N.A. TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENT II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4,</u> its successors and/or assigns)**

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address: 115 Sycamore Drive*
    *Apartment/Suite No.:*
    *City, State, Zip Code: San Gabriel, California  91775*

    Legal description or document recording number (including county of recording): Instrument No. 06 0443868, Los Angeles County of California.

    LOT 17 OF TRACT NO. 6838, IN THE CITY OF SAN GABRIEL, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 75 PAGE 60 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

    ☐ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a.  ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c.  ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                                                                 **F 4001-10.RP**

| In re:<br>PATRICIA ESCALANTE LEON AND ROBERT DANIEL LEON Debtor(s), and DAVID L. HAHN, Chapter 7 Trustee | CHAPTER 7<br><br>CASE NUMBER 2:08-BK-22619-TD |
|---|---|

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
    d. ☐ See attached continuation page for additional provisions.

###

DATED: October 8, 2008

*[signature: Thomas B. Donovan]*

United States Bankruptcy Judge

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*    **F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 3 of 5

| In re:<br>PATRICIA ESCALANTE LEON AND ROBERT DANIEL LEON Debtor(s), and DAVID L. HAHN, Chapter 7 Trustee | CHAPTER 7<br>CASE NUMBER 2:08-BK-22619-TD |
|---|---|

## PROOF OF SERVICE BY MAIL

I, Michael Velasco, hereby declare:

I am employed in the County of San Diego, California. I am over the age of eighteen years and not a party to the within action. My business address 4375 Jutland Drive, Suite 200 San Diego, CA 92117. I am personally and readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

On October 6, 2008, I served: **[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice, for collection and mailing in the United States mail addressed as follows:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on October 6, 2008, at San Diego, California.

/s/ Michael Velasco

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                    **F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 4 of 5

| | |
|---|---|
| In re:<br>PATRICIA ESCALANTE LEON AND ROBERT DANIEL LEON Debtor(s), and DAVID L. HAHN, Chapter 7 Trustee | CHAPTER 7<br><br>CASE NUMBER 2:08-BK-22619-TD |

## SERVICE LIST

**DEBTOR(S)**

Patricia Escalante Leon
Robert Daniel Leon
115 Sycamore Dr
San Gabriel, CA  91775

**DEBTOR(S) ATTORNEY**

Dennis E. McGoldrick
McGoldrick & McGoldrick
350 S. Crenshaw Blvd, Ste A207B
Torrance, CA 90503

**CHAPTER 7 TRUSTEE**

David L. Hahn
Hahn Fife & Co., LLP
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
725 S Figueroa Street
26th Floor
Los Angeles, CA 90017

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                                                **F 4001-10.RP**

| In re:<br>PATRICIA ESCALANTE LEON AND ROBERT DANIEL LEON Debtor(s), and DAVID L. HAHN, Chapter 7 Trustee | CHAPTER 7<br><br>CASE NUMBER 2:08-BK-22619-TD |
|---|---|

## SERVICE LIST FOR ENTERED ORDER

| **SERVED ELECTRONICALLY**<br><br>**ATTORNEY FOR MOVANT**<br><br>BRIAN A. PAINO<br>PITE DUNCAN, LLP<br>4375 Jutland Drive<br>Suite 200<br>San Diego, CA 92117<br>ecfcacb@piteduncan.com<br><br>**DEBTOR(S) ATTORNEY**<br><br>Dennis E. McGoldrick<br>McGoldrick & McGoldrick<br>350 S. Crenshaw Blvd, Ste A207B<br>Torrance, CA 90503<br>dmcgoldricklaw@yahoo.com<br><br>**CHAPTER 7 TRUSTEE**<br><br>David L. Hahn<br>Hahn Fife & Co., LLP<br>22342 Avenida Empresa, Suite 260<br>Rancho Santa Margarita, CA 92688<br>trustee@hahnfife.com<br><br>**U.S. TRUSTEE**<br><br>U.S. Trustee<br>Department of Justice<br>725 S Figueroa Street<br>26th Floor<br>Los Angeles, CA 90017<br>ustpregion16.la.ecf@usdoj.gov | **SERVED BY U.S. MAIL**<br><br>**DEBTOR(S)**<br><br>Patricia Escalante Leon<br>Robert Daniel Leon<br>115 Sycamore Dr<br>San Gabriel, CA  91775 |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*

**F 4001-10.RP**