**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                   Case No. 2:08-bk-22619

Leon, Patricia E.                                                        Chapter 7
                        *Debtor(s)*

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ✓  No _____

Indicate below which schedule(s) is(are) being amended.

A _____ B _____ C _____ D ✓ E _____ F ✓ G _____ H _____ I _____ J _____

Statement of Affairs _____ Statement of Intentions _____ Other _____

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.**

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

Date: October 14, 2008

Signature: _____ *Debtor*

Signature: _____ *(Joint Debtor, if any)*

*** FOR COURT USE ONLY ***

IN RE **Leon, Patricia E** _____ Case No. **2:08-bk-22619**
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDMENTS TO SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Los Angeles County Tax**<br>**225 N. Hill St. Rm 130**<br>**Los Angeles, CA 90012** | | | **Property Tax Bill. 2008**<br><br>VALUE $ | | | | **121.32** | **121.32** |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| | | | Subtotal<br>(Total of this page) | | | | $ **121.32** | $ **121.32** |
| **0** continuation sheets attached | | | Total<br>(Use only on last page) | | | | $ **121.32**<br>(Report also on Summary of Schedules.) | $ **121.32**<br>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6F (Official Form 6F) (12/07)

IN RE **Leon, Patricia E** _____  Case No. **2:08-bk-22619**
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4532**<br>**ACE Cash Express/ Poular Cash Express**<br>**1231 Greenway Dr., Ste. 700**<br>**Irving, TX  75038** | | | **Check cashing company 2008** | | | | **814.98** |
| ACCOUNT NO. **5935**<br>**Advanta**<br>**PO Box 8088**<br>**Philadelphia, PA  19101-8088** | | | **Credit card usage 2007-2008** | | | | **16,748.01** |
| ACCOUNT NO.<br>**Alhambra Chamber Of Commerce**<br>**104 S. First St.**<br>**Alambra, CA  91801** | | | **Membership dues** | | | | **165.00** |
| ACCOUNT NO. **6007**<br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA  90096-0001** | | | **Credit card usage- 2008** | | | | **5,256.00** |
| **5** continuation sheets attached | | | Subtotal (Total of this page) | | | $ | **22,983.99** |
| | | | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Leon, Patricia E _____ Case No. **2:08-bk-22619**
                      Debtor(s)                             (If known)

# AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anil Yadav**<br>**3550 Mowry Ave., Ste. 301**<br>**Fremont, CA  94538** | | | **Personal Loan 2008** | | | | **10,000.00** |
| ACCOUNT NO. **0531**<br>**At& T**<br>**Payment Centre**<br>**Sacramento, CA  95887-0001** | | | **Telephone DSL. 2008** | | | | **1,492.00** |
| ACCOUNT NO. **8101**<br>**Bank Of America**<br>**PO Box 15726**<br>**Wilmington, DE  19886-5726** | | | **Credit card usage 2007-2008** | | | | **40,456.23** |
| ACCOUNT NO. **0938**<br>**BMW Financial**<br>**PO Box 3608**<br>**Dublin, OH  43016-0306** | | | **Auto Lease 2007** | | | | **42,000.71** |
| ACCOUNT NO. **1425**<br>**Business Casuals**<br>**3301 Big Dipper Cir.**<br>**Corona, CA  92882** | | | **Uniforms- 6/20/08** | | | | **74.15** |
| ACCOUNT NO. **3687**<br>**CA Board Of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA  94279-8005** | | | **Sales Tax 2008** | | | | **21,668.93** |
| ACCOUNT NO.<br>**City Of Finance Department**<br>**111 S. First St., PO Box 351**<br>**Alahambra, CA  91801-3796** | | | **False alarm charges. 2005-2007** | | | | **990.50** |

Sheet no. __**1**__ of __**5**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **116,682.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Leon, Patricia E** _____    Case No. **2:08-bk-22619** _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

**AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8047** <br> **City Of Pasadena** <br> **City Hall 100 N. 106** <br> **Pasadena, CA  91109** | | | **Electricity 2008** | | | | **5,040.29** |
| ACCOUNT NO. **9749** <br> **Controlled Climate** <br> **11020 Venture Blvd., Ste. E.** <br> **Studio City, CA  91604** | | | **Repair- 2008** | | | | **250.00** |
| ACCOUNT NO. **3957** <br> **D&S Limited International** <br> **Debt Resolution Company** <br> **231 E. Main St., Suite 240** <br> **Round Rock, TX  78664** | | | **Collection agency - relating to debt to Praxair distribution** | | | | **0.00** |
| ACCOUNT NO. **8959** <br> **Direct TV** <br> **PO Box 60036** <br> **Los Angeles, CA  90036-0036** | | | **Satellite TV 2008** | | | | **456.17** |
| ACCOUNT NO. **4037** <br> **Discover** <br> **PO Box 15316** <br> **Wilmington, DE  19850-5316** | | | **Credit card processing- 08/08** | | | | **14.44** |
| ACCOUNT NO. **6201** <br> **Employers Compensation Fund** <br> **1471 Shoreline Dr., Suite 200** <br> **Boise, ID  83702-9105** | | | **Workers Comp. Insurance- 2008** | | | | **1,660.32** |
| ACCOUNT NO. <br> **Fed Ex** <br> **PO Box 7221** <br> **Pasadena, CA  91109-7321** | | | **Shipping costs- 2008** | | | | **55.92** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **7,477.14**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Leon, Patricia E** _____ Case No. **2:08-bk-22619** _____
         Debtor(s)                                                 (If known)

**AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **678**<br>**Glendale Printing**<br>**640 W. Broadway**<br>**Glendale, CA 91204-1008** | | | **Printing costs 2008** | | | | **725.28** |
| ACCOUNT NO.<br>**Guard Insurance Group**<br>**PO Box 41688**<br>**Philadelphia, PA 19101-1688** | | | **Wokers Comp. Insurance** | | | | **989.30** |
| ACCOUNT NO.<br>**LA County Tax Collector**<br>**225 N. Hill St. Room 122**<br>**Los Angels, CA 90012** | | | **Unsecured Prop Tax** | | | | **1,780.56** |
| ACCOUNT NO. **6886**<br>**LA County Treasurer Tax Collector**<br>**PO Box 54978**<br>**Los Angeles, CA 90054-0978** | | | **Health Permit 2008** | | | | **817.00** |
| ACCOUNT NO.<br>**Maria Eccalante**<br>**109 Stockbridge Avenue**<br>**Alhambra, CA** | | | **Personal Loan 2006** | | | | **120,000.00** |
| ACCOUNT NO. **2501**<br>**Register Tape Network**<br>**PO Box 5990**<br>**Valencia, CA 91385-5990** | | | **Advertising. 2007-2008** | | | | **287.10** |
| ACCOUNT NO. **9943**<br>**Rewards Network**<br>**Claudine McGinty, Regional Manager**<br>**450 N. Brand Blvd., #635**<br>**Glendale, CA 91203** | | | **Cash Advance on credit card sales 2008** | | | | **6,612.81** |

Sheet no. **3** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **131,212.05**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 2:08-bk-22619-TD    Doc 13    Filed 10/15/08    Entered 10/15/08 15:57:33    Desc
Main Document    Page 7 of 10

IN RE Leon, Patricia E _____    Case No. 2:08-bk-22619 _____
                    Debtor(s)                                             (If known)

**AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9901<br>**Rewards Network**<br>**Claudine McGinty, Regional Manager**<br>**450 N. Brand Blvd., #635**<br>**Glendale, CA 91203** | | | **Cash Advance on credit card sales 2008** | | | | **967.41** |
| ACCOUNT NO. 5701<br>**Safeco Insurance**<br>**PO Box 6486**<br>**Carol Stream, IL 60197-6486** | | | **Insurance 2008** | | | | **308.68** |
| ACCOUNT NO. 9266<br>**Sounthern California Gas**<br>**PO Box C Monteray Park**<br>**Monteray, CA 91756** | | | **Gas Bill. 2008** | | | | **1,262.12** |
| ACCOUNT NO. 3480<br>**Sounthern California Gas**<br>**PO Box C Monteray Park**<br>**Monteray, CA 91756** | | | **Gas Bill- 2008** | | | | **1,188.68** |
| ACCOUNT NO.<br>**Standard Professional Services, LLC**<br>**Department 20-3035, PO Box 5977**<br>**Carol Stream, IL 60197-5977** | | | **Working Capital Lease. 2007** | | | | **27,000.00** |
| ACCOUNT NO. 5754<br>**The Shops At The Alhambra II**<br>**PO Box 80770**<br>**San Marino, CA 91118-8770** | | | **Rent 2008** | | | | **250,000.00** |
| ACCOUNT NO.<br>**United Bank Card**<br>**Finance Department**<br>**PO Box 4006**<br>**Clinton, NJ 08809** | | | **Credit Card Processing- 2005** | | | | **192.50** |

Sheet no. ___4___ of ___5___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **280,919.39**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Leon, Patricia E** _____    Case No. **2:08-bk-22619**
                Debtor(s)                                      (If known)

## AMENDMENTS TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Vornado Realty Trust**<br>**8489 W. Third St. Ste. 1022**<br>**Los Angeles, CA 90048** | | | **Rent 2008** | | | | 765,742.00 |
| ACCOUNT NO. **4984**<br>**Washington Mutual**<br>**PO Box 78065**<br>**Phoenix, AZ 85062-8065** | | | **Former third mortgage- 2004** | | | | 99,198.81 |
| ACCOUNT NO.<br>**Yellow Pages**<br>**PO Box 111455**<br>**Carrollton, TX 75011-1455** | | | **Telephone Directory 2008** | | | | 298.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **5** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **865,238.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,424,513.90**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: 10/15/08

Kevin McGoldrick
*Print or Type Name*

*Signature*

ACE Cash Express/ Poular Cash Express
1231 Greenway Dr., Ste. 700
Irving, TX 75038

Advanta
PO Box 8088
Philadelphia, PA 19101-8088

Alhambra Chamber Of Commerce
104 S. First St.
Alambra, CA 91801

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

Anil Yadav
3550 Mowry Ave., Ste. 301
Fremont, CA 94538

At& T
Payment Centre
Sacremento, CA 95887-0001

Bank Of America
PO Box 15726
Wilmington, DE 19886-5726

Bay Area Credit Services LLC
1901 W. 108th St.
Antioch, CA 94059

BMW Financial
PO Box 3608
Dublin, OH 43016-0306

Business Casuals
3301 Big Dipper Cir.
Corona, CA 92882

CA Board Of Equalization
PO Box 942879
Sacremento, CA 94279-8005

City Of Finance Department
111 S. First St., PO Box 351
Alahambra, CA 91801-3796

City Of Pasadena
City Hall 100 N. 106
Pasadena, CA 91109

Controlled Climate
11020 Venture Blvd., Ste. E.
Studio City, CA 91604

D&S Limited International
Debt Resolution Company
231 E. Main St., Suite 240
Round Rock, TX 78664

Direct TV
PO Box 60036
Los Angeles, CA 90036-0036

Discover
PO Box 15316
Wilmington, DE 19850-5316

Employers Compensation Fund
1471 Shoreline Dr., Suite 200
Boise, ID 83702-9105

Glendale Printing
640 W. Broadway
Glendale, CA 91204-1008

Guard Insurance Group
PO Box 41688
Philadelphia, PA 19101-1688

LA County Tax Collector
225 N. Hill St. Room 122
Los Angels, CA 90012

LA County Treasurer Tax Collector
PO Box 54978
Los Angeles, CA 90054-0978

Law Offices Of Gilbert Moret
5430 E. Beverly Blvd., Ste. 250
Los Angeles, CA 90022-2299

Los Angeles County Tax
225 N. Hill St. Rm 130
Los Angeles, CA 90012

Maria Eccalante
109 Stockbridge Avenue
Alhambra, CA

North Shore Agency Inc.
270 Spagnoli Rd.
Melville, NY 11747

Register Tape Network
PO Box 5990
Valencia, CA 91385-5990

Rewards Network
Claudine McGinty, Regional Manager
450 N. Brand Blvd., #635
Glendale, CA 91203

Safeco Insurance
PO Box 6486
Carol Stream, IL 60197-6486

Southern California Gas
PO Box C Monteray Park
Monteray, CA 91756

Standard Professional Services, LLC
Department 20-3035, PO Box 5977
Carol Stream, IL 60197-5977

The Shops At The Alhambra II
PO Box 80770
San Marino, CA 91118-8770

United Bank Card
Finance Department
PO Box 4006
Clinton, NJ 08809

US Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Vornado Realty Trust
8489 W. Third St. Ste. 1022
Los Angeles, CA 90048

Washington Mutual
PO Box 78065
Phoenix, AZ 85062-8065

Yellow Pages
PO Box 111455
Carrollton, TX 75011-1455

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only